**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 5:20MJ-00044-LLK**
**UNITED STATES OF AMERICA,**                                                     **PLAINTIFF,**

**vs.**

**DAYTON JONES,**                                                                          **DEFENDANT.**

**MOTION TO RECONSIDER**
**ORDER OF DETENTION PENDING TRIAL**

Comes the defendant Dayton Jones, by counsel, and moves the Court reconsider its Order of Detention in this matter.

A detention hearing was conducted in this matter on April 9, 2020. During that hearing, the issue of Mr. Jones' cooperation, or lack thereof, with state Probation and Parole officers, as well as Kentucky State Police (KSP) officers was brought to the Court's attention. Both the undersigned and counsel for the United States provided context for Mr. Jones' actions, and the Court ultimately held that "the record is clear that the Defendant actively avoided communication with law enforcement and probation and parole officers from January until believing he had worked out a deal through his lawyer in late March and early April."

The undersigned has obtained additional information that was not presented during the April 9, 2020, hearing on this issue. Darren Wolff, who represented Mr. Jones' during the

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

time period in question, and who currently represents Mr. Jones on both his criminal charges in Oldham County, and on his civil action that is pending in Franklin County Circuit Court, has prepared an affidavit which is attached to this motion. (See, Attachment #1).  During the time period in question, Mr. Wolff was advising Mr. Jones not to report to Probation and Parole and not to sign any paperwork given to him concerning the Kentucky Sex Offender Registry. Mr. Wolff was concerned that if Mr. Jones were to begin reporting to Probation or Parole, or to sign up for the Kentucky Sex Offender Registry, that might later be construed as acquiescence and could be used to determine that the challenges raised in the civil case were moot.  Mr. Wolff further explains that as soon as he was made aware that there was an active warrant for Mr. Jones' arrest, he began communicating with Mr. Jones and counsel for Probation and Parole to rectify the situation, which ended with Mr. Jones voluntarily turning himself in to Probation and Parole.

This information was not available to the Court during the detention hearing and should be considered when determining whether there are any conditions, or combination of conditions, which would alleviate the concern that Mr. Jones is a risk of flight. Mr. Jones was following the advice of his lawyer at the time that he was "avoid[ing] communication" with law enforcement and probation and parole.  When his attorney made him aware that there was a warrant for his arrest, Mr. Jones did not flee, but rather turned himself in to Probation and Parole. Mr. Jones has indicated by his past performance on the Home Incarceration Program (HIP) that he takes pretrial court orders seriously; that he will attend any/all court appearances; and that he will refrain from committing any future criminal acts if released.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

For the reasons listed above, Mr. Jones asks this Court to reconsider the order to detain in light of the addition information that has been provided and to allow him to be placed on home confinement during the pendency of this case.

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

**CERTIFICATE**

I hereby certify that on April 20, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Jo Lawless, Assistant United States Attorney.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808