**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 5:20MJ-00044-LLK**
**UNITED STATES OF AMERICA,**                                        **PLAINTIFF,**

**vs.**

**DAYTON JONES,**                                                              **DEFENDANT.**

## ORDER

Defendant having moved the Court to reconsider detention, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the defendant be released on bond with conditions : _____ .

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808